UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GRABOWSKY,<br><br>Defendant. | NO. CR21-141 RAJ<br><br>**INFORMATION** |

The United States Attorney charges that:

### Count 1

### (Possession of Child Pornography)

Beginning on a date unknown but continuing until in or about August 2018, in King County, within the Western District of Washington, and elsewhere, MATTHEW GRABOWSKY knowingly possessed matter that contained visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means,

INFORMATION
*United States v. Grabowsky* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

including by computer, and the depictions of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United State Code, Section 2252(a)(4)(B), (b)(2).

## ALLEGATIONS OF FORFEITURE

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, the defendant, MATTHEW GRABOWSKY, shall forfeit to the United States, pursuant Title 18, United States Code, Section 2253(a), any property that facilitated his commission of the offense; any proceeds he obtained from the offense; and any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, in violation of Chapter 110, Title 18, United States Code.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or,
e. has been commingled with other property which cannot be subdivided without difficulty;

///

///

///

INFORMATION
*United States v. Grabowsky* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the
2  defendant, up to the value of the above-described forfeitable property, pursuant to Title
3  21, United States Code, Section 853(p).

DATED this  31st  day of  August , 2021.

*Sarah G. Vogel, for*
TESSA M. GORMAN
Acting United States Attorney

*s/ Matthew P. Hampton for*

GRADY J. LEUPOLD
Assistant United States Attorney

*s/ Matthew P. Hampton*

MATTHEW P. HAMPTON
Assistant United States Attorney

INFORMATION
*United States v. Grabowsky* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970