Magistrate Judge Mary Alice Theiler

FILED ENTERED
LODGED RECEIVED

SEP 14 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                     DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-141 RAJ |
|---|---|
| Plaintiff | |
| v. | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| MATTHEW GRABOWSKY, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//

CONSENT TO RULE 11 PLEA - 1
*United States v. Grabowsky*, CR21-141 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilty and impose sentence.

DATED this 14th day of September 2021.

_____
MATTHEW GRABOWSKY
Defendant

_____
CHRISTOPHER R. BLACK
Attorney for Defendant

APPROVED:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

CONSENT TO RULE 11 PLEA - 2
*United States v. Grabowsky,* CR21-141 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970