The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW GRABOWSKY,<br><br>        Defendant. | No. CR21-0141 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO PERMIT DEFENDANT TO TRAVEL |

THIS MATTER comes before the Court upon a motion by the defendant, Matthew Grabowsky, to permit to permit him to travel to Colorado from December 23 to December 26, 2021. Neither the government nor the probation office oppose this request. Having considered the entirety of the records and file herein, the Court hereby grants this motion (Dkt. # 15).

IT IS ORDERED that Mr. Grabowsky may travel to Colorado from December 23 to December 26, 2021. He shall travel directly to and from his parents' home, where he shall reside during his stay. He shall comply with all directives of the probation office regarding his travel.

DATED this 21st day of December, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
PERMIT DEFENDANT TO TRAVEL
(*Matthew Grabowsky*; CR21-0141 RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401