The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTHEW GRABOWSKY,<br><br>                    Defendant. | No. CR21-0141 RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon the defendant's motion to seal Exhibits 1-4 of his sentencing memorandum.  Having considered the entirety of the records and file herein, the Court hereby grants this motion (Dkt. 27).  It is ORDERED that Exhibits 1-4 of the sentencing memorandum be allowed to remain under seal due to the nature of their contents.

DATED this 27th day of April, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Matthew Grabowsky*; No. CR21-0141 RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401